IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR HANNAN, individually and on behalf of a class of similarly situated persons,<br><br>          Plaintiff(s),<br>  v.<br><br>THE TULVING COMPANY, INC., et. al.,<br><br>          Defendant(s). | CASE NO. 5:14-cv-01054 EJD<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

The hearing on the Order to Show Cause re: Preliminary Injunction (Docket Item No. 31) is CONTINUED from March 17, 2014, to **1:30 p.m. on March 18, 2014.** As a result, the temporary restraining order issued March 10, 2014, is EXTENDED in its entirety to 5:00 p.m. on March 18, 2014.

**IT IS SO ORDERED.**

Dated: March 14, 2014

                                                    EDWARD J. DAVILA
                                                    United States District Judge