**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR HANNAN, individually and on behalf of a class of similarly situated persons,<br><br>    Plaintiff(s),<br>  v.<br><br>THE TULVING COMPANY, INC., et. al.,<br><br>    Defendant(s).<br>_____/ | CASE NO. 5:14-cv-01054 EJD<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

As stated at the hearing on March 18, 2014, the hearing on the Order to Show Cause re: Preliminary Injunction (Docket Item No. 31) is CONTINUED to **11:00 a.m. on April 4, 2014.** As a result, the temporary restraining order issued March 10, 2014, is EXTENDED in its entirety to 5:00 p.m. on April 4, 2014.

**IT IS SO ORDERED.**

Dated: March 18, 2014

_____
EDWARD J. DAVILA
United States District Judge