IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR HANNAN, individually and on behalf of a class of similarly situated persons,<br><br>            Plaintiff(s),<br>    v.<br><br>THE TULVING COMPANY, INC., et. al.,<br><br>            Defendant(s)._____ / | CASE NO. 5:14-cv-01054 EJD<br><br>**ORDER RE: BANKRUPTCY STAY** |

Having reviewed the Suggestion of Bankruptcy (see Docket Item No. 32), the court has determined that a portion of this action is subject to the mandatory stay provisions contained in 11 U.S.C. § 362. Accordingly, this action is STAYED in favor of bankruptcy proceedings as to all claims asserted against Defendant The Tulving Company, Inc. until further order of the court. This action shall continue to proceed on all claims asserted against Defendant Hannes Tulving, Jr.

**IT IS SO ORDERED.**

Dated: March 18, 2014

                                                                                         _____
                                                                                         EDWARD J. DAVILA
                                                                                         United States District Judge