IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR HANNAN, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff(s),<br>v.<br><br>THE TULVING COMPANY, INC., et. al.,<br><br>Defendant(s). | CASE NO. 5:14-cv-01054 EJD<br><br>**ORDER DIRECTING PLAINTIFF TO FILE STATUS STATEMENT** |

On or before **12:00 p.m. on April 2, 2014**, Plaintiff shall file a brief status statement updating the court on the following issues:

1. Whether service of process has been accomplished on any of the defendants;
2. Whether and when Plaintiff served the subpoena authorized in the order filed March 21, 2014 (Docket Item No. 39);
3. When California Bank and Trust is scheduled to respond to the subpoena;
4. Whether the hearing scheduled for April 4, 2014, should be rescheduled to allow for further efforts directed at accomplishing service, and if so, the appropriate date for such rescheduled hearing;
5. Whether the temporary restraining order issued March 10, 2014, should remain in effect pending any rescheduled hearing.

**IT IS SO ORDERED.**

Dated: April 1, 2014

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:14-cv-01054 EJD
ORDER DIRECTING PLAINTIFF TO FILE STATUS STATEMENT