IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR HANNAN, individually and on behalf of a class of similarly situated persons,<br><br>            Plaintiff(s),<br>    v.<br><br>THE TULVING COMPANY, INC., et. al.,<br><br>            Defendant(s).<br>_____/ | CASE NO. 5:14-cv-01054 EJD<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

Having reviewed Plaintiff's Status Statement filed April 2, 2014 (see Docket Item No. 41), the court finds good cause to continue the hearing on the Order to Show Cause re: Preliminary Injunction. Accordingly, the hearing currently scheduled for April 4, 2014, is CONTINUED to **11:00 a.m. on April 25, 2014.**

The temporary restraining order issued March 10, 2014, is EXTENDED in its entirety to 5:00 p.m. on April 25, 2014. Plaintiff shall file the anticipated Motion to Authorize Service of Defendants by Alternative Means on or before **April 9, 2014**, at which time it will be submitted for decision without a hearing.

**IT IS SO ORDERED.**

Dated: April 2, 2014

_____
EDWARD J. DAVILA
United States District Judge

Case No. 5:14-cv-01054 EJD
ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION