UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  5/8/14                                                                                   Judge:  James Donato

Time: 19 minutes

Case No.      **C-14-01054-JD**
Case Name     **Hannan v. Tulving et al**

Attorney(s) for Plaintiff(s):     Karl Stephen Kronenberger
Attorney(s) for Defendant(s):     William Vogeler via telephone

Deputy Clerk:  Lisa R. Clark                                                Court Reporter: Belle Ball

PROCEEDINGS

Case management conference - Held; OSC Re: Preliminary Injunction - Held

RESULT OF HEARING

The court set the following schedule:

| Add parties or amend pleadings | 9/15/14 |
|---|---|
| Fact discovery cut-off | 2/9/15 |
| Expert disclosure | 3/9/15 |
| Expert rebuttal | 3/30/15 |
| Expert discovery cut-off | 4/17/15 |
| Dispositive motion cut-off | 5/8/15 |
| Pretrial conference | 9/30/15 |
| Jury | 10/12/15 |
| Number of trial days | 5 |
| Initial Disclosures | 5/16/19 |
| | |
| | |

Case referred to Magistrate Beeler for a settlement conference in late August 2014. Court instructs parties to meet and confer regarding their stipulation for preliminary injunction specifically the parties are to advise the Court regarding which personal account the defendant will be receiving the 10k a month for living expenses from and parties are to expressly exclude Tulving Company as a defendant in the stipulation for preliminary injunction. Court extends the

TRO until close of business on 5/13/14. Parties are to submit the stipulated preliminary injunction to the Court as soon as possible before the 5/13/14 date.